UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| U.S. CONTINENTAL MARKETING, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SGS NORTH AMERICA, INC., a Delaware Corporation, and Does 1-10 inclusive,<br><br>Defendants. | Civil Action No.: 1:23-CV-0517-TSM<br><br>**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

**STIPULATION OF VOLUNTARY DISMISSAL
PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, with prejudice against the Defendant SGS NORTH AMERICA, INC. pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

**U.S. Continental Marketing, Inc.**,
By and Through Its Attorneys,
Michelman & Robinson, LLP

Dated: November 15, 2024    By:    */s/ Jeffrey D. Farrow, Esq.*
Jeffrey D. Farrow, Esq.
(Admitted Pro hac Vice)
MICHELMAN & ROBINSON, LLP
17901 Von Karman Avenue, 10th Floor
Irvine, CA 92614
Telephone: (714) 557-7990
jfarrow@mrllp.com

                                      **U.S. Continental Marketing, Inc.,**
By and Through Its Attorneys,
Gordon Rees Scully Mansukhani

Dated: November 15, 2024   By:   /s/ *James L. Soucy, Esq.*
James L. Soucy, Esq. (#14937)
409 Elm Street, Suite 4
Manchester, NH 03101
(959) 333-6016
jsoucy@grsm.com


**SGS North America Inc.**
By Its Attorneys,
SHEEHAN PHINNEY BASS & GREEN, PA

Dated: November15, 2024   By:   /s/ David W. McGrath
David W. McGrath (#9347)
Abbygale Martinen Dow (#272938)
1000 Elm Street, P.O. Box 3701
Manchester, NH 03105-3701
Tel. 603-627-8255; 603-627-8390
dmcgrath@sheehan.com
adow@sheehan.com


## CERTIFICATION OF SERVICE

### Pursuant to Fed. R. Civ. P. 5(a)(1)(D)

I hereby certify that, on this date, the foregoing was served, via the Court's ECM/ECF system, upon counsel of record

Dated: November 15, 2024   */s/ Jeffrey D. Farrow, Esq.*
Jeffrey D. Farrow, Esq.